Steven R. Morasse, Esq. (SBN 117693)
MORASSE COLLINS & CLARK, APC
1401 Dove Street, Suite 310
Newport Beach, California 92660
(949) 622-0600 phone
(949) 622-0601 fax
steve@mcc-lawyers.com

Attorneys for Defendant Alberta M. Forth

**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTA M. FORTH, an individual; LINDSEY M. RODRIGUEZ, an individual; and LINDA FORTH, an individual,<br><br>    Defendants. | No. 8:20-cv-01067-DOC-DFM<br><br>**JUDGMENT**<br><br><br><br>The Honorable David O. Carter |

Based on the Stipulation For Compromise Settlement and Release (the "Stipulation") filed concurrently herewith, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

    1.    The terms of the Stipulation are approved and ordered by the Court.

    2.    Plaintiff State Farm Life Insurance Company ("State Farm") shall forthwith distribute the Death Benefits (as defined in the Stipulation) as follows:

    (1)    distribute $100,000.00 to defendant Linda Forth ("L. Forth");

    (2)    distribute $50,000.00 to defendant Lindsey M. Rodriguez ("Rodriguez");

  (3) distribute the remainder and any accrued interest to defendant Alberta M. Forth ("A. Forth"), less State Farm's attorney fee and cost reimbursement as set forth below

  (4) State Farm shall retain an amount not to exceed Five Thousand Dollars ($5,000.00) from the Death Benefits distribution to A. Forth, for actual attorneys' fees and costs incurred by State Farm in bringing the interpleader and shall provide proof of same to A. Forth.

3. Defendants A. Forth, Rodriguez and L. Forth (collectively, "Defendants") are enjoined by the Court from instituting or prosecuting any proceeding, including without limitation in any State or United States district court, affecting the Death Benefits and/or the Policies (as defined in the Stipulation).

4. Upon payment of the Death Benefits proceeds as specified herein, State Farm shall be discharged of any further liability relating to payment of the Death Benefits, interest due thereon, or otherwise in connection with the Policies.  Upon entry of the Court's order, and payment of the Death Benefits by State Farm, any and all claims raised or that could have been raised against State Farm relating to the Death Benefits, interest due thereon, or otherwise in connection with the Policies, including without limitation any unknown or unsuspected claims, shall be dismissed with prejudice.

5. The order shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

Dated: August 25 2020        _____
                    The Honorable David O. Carter
                    United States District Court Judge

Submitted By:

MORASSE COLLINS & CLARK, APC


 /s/ *Steven R. Morasse*
STEVEN R. MORASSE, ESQ
Attorneys for A. Forth only